RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SUNETHRA MURALIDHARA
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_Muralidhara@fd.org

Attorney for Michael Joseph Pearns


\_\_\_\_FILED          \_\_\_\_RECEIVED
\_\_\_\_ENTERED        \_\_\_\_SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 6 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOSEPH PEARNS,<br><br>Defendant. | Case No. 2:18-mj-00530-VCF<br><br>~~STIPULATION TO CONTINUE~~<br>BENCH TRIAL<br>(First Request)<br><br>ORDER |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sunethra Muralidhara, Assistant Federal Public Defender, counsel for Michael Joseph Pearns, that the Bench Trial currently scheduled on August 18, 2018 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (45) days.

This Stipulation is entered into for the following reasons:

1. The government has provided initial discovery to undersigned counsel. Undersigned counsel is reviewing it with her client and additional time is needed to see if other discovery requests should be made. Additional time is needed to review initial discovery and make that determination prior to a Bench Trial.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow undersigned counsel and the defendant time to review initial discovery and possibly request additional discovery prior to a Bench Trial.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the first request for a continuance of the Bench Trial.

DATED this 25th day of July, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Sunethra Muralidhara*<br>By_____<br>SUNETHRA MURALIDHARA<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL JOSEPH PEARNS,<br>Defendant. | Case No. 2:18-mj-00530-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Bench Trial currently scheduled for Wednesday, August 15, 2018 at 9:00 a.m., be vacated and continued to October 24, 2018 at the hour of 9:00 A.m.

DATED this 26 of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH
U.S. MAGISTRATE JUDGE

3